[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 26, 2006
THOMAS K. KAHN
CLERK

_____

No. 06-13633
Non-Argument Calendar
_____

D. C. Docket No. 05-00046-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE CHEVELL CAMERON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(December 26, 2006)**

Before BIRCH, CARNES and COX, Circuit Judges.

PER CURIAM:

Spyro Theodore Kypreos, appointed counsel for Willie Chevell Cameron on

this direct criminal appeal, has filed a motion to withdraw on appeal supported by a

brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396 (1967).

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Cameron's conviction and sentence are AFFIRMED.[1]

---

[1]Count One of the indictment, to which Cameron pled guilty, charged conspiracy to possess with intent to distribute cocaine, marijuana, and methamphetamine (R.1-24).  He only pled guilty to conspiracy to possess with intent to distribute methamphetamine (R.3-84 at 14, 27-28).  The written judgment, however, lists the nature of the offense as conspiracy to possess with intent to distribute marijuana, cocaine, and methamphetamine.  (R.1-72 at 1.)  Therefore, the judgment does not correctly reflect the offense of conviction.  While this error does not undermine Cameron's conviction or affect his sentence in any way, the district court is instructed to correct the written judgment to properly describe the offense of conviction as involving only a conspiracy to possess with intent to distribute methamphetamine.